1  GIA N. MARINA
   Nevada Bar No. 15276
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada  89169
   E-mail: gmarina@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 862-8400
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

8                       **UNITED STATES DISTRICT COURT**
                              **DISTRICT OF NEVADA**
9

10 ANTHONY PUCILLO,                        )   **Case No. 2:25-cv-01087-JCM-BNW**
                                           )
11                Plaintiff,               )
                                           )
12 vs.                                     )   **JOINT MOTION FOR EXTENSION OF**
                                           )   **TIME FOR DEFENDANT EQUIFAX**
13 EQUIFAX INFORMATION SERVICES LLC;       )   **INFORMATION SERVICES LLC TO**
   NATIONAL CONSUINER TELECOM &            )   **FILE ANSWER**
14 UTILITIES EXCHANGE, INC.; CLARITY       )
   SERVICES, INC. AND FIRST SAVINGS        )   **SECOND REQUEST**
15 BANK,                                   )
                                           )
16                                         )
                                           )
17                Defendants.              )
                                           )
18                                         )

19

20     Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

21 time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

22 no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED

23 to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move

24 or otherwise respond to the Complaint in this action is extended from August 15, 2025 through and

25 including **September 15, 2025**.  The request was made by Equifax so that the parties may have

26 additional time to engage in settlement discussion, and Plaintiff approves.  This stipulation is filed

27 in good faith and not intended to cause delay.

28

1       Respectfully submitted, this 15th day of August, 2025.

CLARK HILL PLLC

By: /s/*Gia N. Marina*
Gia N, Marina
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax Information Services LLC*

<u>**No opposition**</u>

/s/ *Gerardo Avalos*
George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos
Nevada Bar No. 15171
FREEDOM LAW GROUP
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: ghaines@freedomlegalteam.com
Email: gavalos@freedomlegalteam.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: August 18, 2025

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 15th day of August, 2025, via CM/ECF, upon all counsel of record:

By: /s/ Nicholas DiMattei, Jr.
An Employee of CLARK HILL PLLC