|   |   |
|---|---|
| 1 | George Haines, Esq. |
| 2 | Nevada Bar No. 9411 |
|   | Gerardo Avalos, Esq. |
| 3 | Nevada Bar No. 15171 |
| 4 | **FREEDOM LAW FIRM, LLC** |
|   | 8985 South Eastern Ave., Suite 100 |
| 5 | Las Vegas, NV 89123 |
| 6 | ghaines@freedomlegalteam.com |
|   | gavalos@freedomlegalteam.com |
| 7 | Phone: (702) 880-5554 |
| 8 | FAX: (702) 385-5518 |
|   | *Attorneys for Plaintiff Anthony Pucillo* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| Anthony Pucillo, | Case No.: 2:25-cv-01087 |
|---|---|
| Plaintiff, | |
| v. | **Stipulation for dismissal of Equifax Information Services LLC with prejudice** |
| Equifax Information Services LLC; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc. and First Savings Bank, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Anthony Pucillo and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

///
///
///
///

_____

STIPULATION                            - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: December 10, 2025.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Anthony Pucillo*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: January 9, 2026

STIPULATION                                     - 2 -